ERIC AMDURSKY (S.B. #180288)
eamdursky@omm.com
ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
ANNA M. ROTROSEN (S.B. #341843)
arotrosen@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center 28th Floor
San Francisco, CA 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendant*
*Skorpios Technologies Inc.*

[Plaintiffs' counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GILL<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKORPIOS TECHNOLOGIES, INC., and DOES 1 through 30,<br><br>　　　　　Defendants. | Case No.  5:24−cv−01868−SSS−DTB<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. Sunshine S. Sykes<br>Complaint Filed: July 5, 2024 |

TO THE HONORABLE COURT, TO THE PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, in accordance with Local Rule 16-15 and the instructions of the Court, Defendant Skorpios Technologies, Inc. ("Skorpios") and Plaintiff Mark Gill ("Gill") (collectively, "the Parties") hereby notify the Court that they have arrived at a settlement in principle in the above-captioned lawsuit. The Parties are finalizing the details of the settlement and request until January 13, 2025 in which to file their dismissal papers.

In light of the conditional settlement in principle, the parties respectfully request that the Court vacate the January 10, 2025 scheduling conference and all deadlines. A proposed order consistent with this request is attached hereto.

| | |
|---|---|
| Dated: December 20, 2024 | O'MELVENY & MYERS LLP<br>ERIC AMDURSKY<br>ADAM P. KOHSWEENEY<br>ANNA M. ROTROSEN<br><br>By: */s/ Adam P. KohSweeney*<br>Adam P. KohSweeney<br><br>*Attorneys for Defendant*<br>*Skorpios Technologies, Inc.* |
| Dated: December 20, 2024 | THE LAW OFFICES OF CHARLES P. BOYLSTON, APC<br>CHARLES P. BOYLSTON<br><br>By: */s/ Charles P. Boylston*<br>Charles P. Boylston<br><br>*Attorneys for Plaintiff*<br>*Mark Gill* |

## **ATTESTATION OF FILING**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I, Adam P. KohSweeney, hereby attest that concurrence in the filing has been obtained from counsel with conformed signatures above.

                                              */s/ Adam P. KohSweeney*
                                              Adam P. KohSweeney